BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Chester Cary Jr § Case No.: 22−31546−sgj13
 § Chapter No.: 13
5706 Trailwood Drive §
Dallas, TX 75241 §
 §
 Debtor(s) §
 §

## NOTICE OF FILING OF PROOF OF CLAIM

In accordance with Bankruptcy Rule 3004, notice is hereby given that on November 22, 2022 a Proof of Claim was filed by the debtor on behalf of Reginald Young in the total amount of $1.00.

A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442−6850.

DATED: 11/23/22　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　by: /s/C. Ecker, Deputy Clerk