**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**IN RE:**                                                                                          **Case No:  22-31546-SGJ-13**
**CHESTER CARY JR**
                    Debtor                                                                         **Pre-Hearing Date:  July 13, 2023**

### Notice of Pre-Hearing Conference and Hearing on "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held on **July 13, 2023.**  Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 07/12/2023.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court on 07/13/2023 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:

Pursuant to Standing Order 2021-05, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 05/26/2023.

| | |
|---|---|
| **Debtor:** | CHESTER CARY JR, 5706 TRAILWOOD DRIVE, DALLAS, TX  75241 |
| **Attorney:** | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| **Trustee:** | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
_____

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX  75062

Case # 22-31546-SGJ-13 Page 2
CHESTER CARY JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | Chester Cary Jr, 5706 Trailwood Drive, Dallas, Tx  75241 |
| Attorney: | Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx  75231** |
| Creditor(s): | Acceptance Now, 5501 Headquarters Dr, Plano, Tx  75024** |
| | Ally Financial, Po Box 380901, Bloomington, Mn  55438** |
| | Attorney General Of Texas, 1600 Pacific, Ste 700, Dallas, Tx  75201** |
| | Attorney General Of Texas, 400 S Zang, Ste 1100, Dallas, Tx  75208** |
| | Cach Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603-0587 |
| | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207** |
| | Estate Of Arnold Liddell Young, Lotts Mortuary, 2705 Swiss Ave, Ste 110, Dallas, Tx  75204 |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa  19101-7317** |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa  19101-7346** |
| | Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207-5207** |
| | Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603** |
| | Portfolio Recovery, Po Box 41021, Norfolk, Va  23541 |
| | Reginald Young, C/O Law Office Of W Michael Clay, 1011 Surrey Ln, Bldg 200, Flower Mound, Tx  75022 |
| | Regions Mortgage, Bankruptcy, Po Box 18001, Hattiesburg, Ms  39404 |
| | Santander Consumer Usa Inc, Po Box 560284, Dallas, Tx  75356-0284** |
| | Santander Consumer Usa, Po Box 961245, Ft Worth Texas  76161** |
| | State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx  78711** |
| | Synchrony Bank, Pra Receivables Management, Po Box 41021, Norfolk, Va  23541 |
| | Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx  78711-3127** |
| | Texas Health Physicians Group, Po Box 733509, Dallas, Tx  75373 |
| | Texas Workforce Commission, Tec Building- Bankruptcy, 101 East 15Th St, Austin, Tx  78778** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 04/26/2023                                                                                    By: /s/ Thomas D. Powers
                                                                                                           Thomas D. Powers

Case # 22-31546-SGJ-13 Page 3
CHESTER CARY JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                      Case No: 22-31546-SGJ-13
CHESTER CARY JR
                Debtor                                Hearing Date: July 13, 2023

**Trustee's Recommendation Concerning Claims, Objection to Claims and
Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 2 | ACCEPTANCE NOW | Unsecured | $1,015.00 |
| 3 | ALLY FINANCIAL | Unsecured | $0.00 |

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1<br>Pacer # | Column 2<br>Creditor Name | Column 3<br>Claim Amount | Column 4<br>Allow/<br>Disallow | Column 5<br>Amount | Column 6<br>Class | Column 7<br>Reason<br>(See Below) | Column 8<br>T'ee # |
|---|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

**III.**

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

Case # 22-31546-SGJ-13                                                                                                              Page 4
CHESTER CARY JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 14 | SANTANDER CONSUMER USA INC | 17 CADILLAC XTS | $12,120.00 | $12,120.00 | 6.00 | Trustee |
| 15 | COUNTY OF DALLAS | REAL PROPERTY/5706 TRAILWOOD DR | $691.91 | $192,980.00 | 12.00 | Trustee |
| 20 | COUNTY OF DALLAS | REAL PROPERTY/2434 MARTIN LUTHER KING JR BLVD | $95,346.20 | $146,670.00 | 12.00 | Trustee |
| 21 | COUNTY OF DALLAS | REAL PROPERTY/2422 MARTIN LUTHER KING JR BLVD | $52,874.02 | $394,990.00 | 12.00 | Trustee |
| 30 | COUNTY OF DALLAS | COURT COSTS | $734.00 | $146,670.00 | 0.00 | Trustee |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| 22 | COUNTY OF DALLAS | REAL PROPERTY/1009 PEACH LANE | $6,952.53 | $291,660.00 | Surrender |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 26 | REGINALD YOUNG | REAL PROPERTY | $48,637.30 | Direct by Debtor |
| 28 | ESTATE OF ARNOLD LIDDELL YOUNG | LATE FILED/REAL PROPERTY | $40,673.00 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 16 | LVNV FUNDING LLC | FIRST PREMIER/PREMIER BANKCARD/SHERI | $457.13 |
| 23 | CACH LLC | ARROW FINANCIAL SERVICES LLC | $2,129.36 |
| 24 | LVNV FUNDING LLC | SHERMAN ORIG/GECC | $711.87 |
| 29 | TEXAS HEALTH PHYSICIANS GROUP | Late Filed - LATE FILED | $40.00 |
| 31 | LVNV FUNDING LLC | | $372.06 |
| 10014 | SANTANDER CONSUMER USA INC | Split Claim 17 CADILLAC XTS | $149.80 |

**IV.**

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2021-05, the Trustee requests the following Modification of the Debtor's Confirmed Plan, subject to feasibility, herein:

**Case # 22-31546-SGJ-13**  Page 5
**CHESTER CARY JR**
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

---

- No Modification Needed.

The total amount due under the plan as of 04/28/2023 is $28,000.00; payments to resume 05/28/2023, $4,320.00 X 52;

Plan Base is $252,640.00
Plan Term is 60
- To provide for the following claim(s) (See Section III for claim treatment): PLAN CONFIRMED AT 100%

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)